UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

TIMOTHY ROSS,
    Petitioner

v.   :   CIVIL NO. 1:11-CV-0838

DAVID VARANO, *et al.*,
    Respondents

## ORDER

AND NOW, this 16th day of March, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 32), filed January 31, 2012, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. The magistrate judge's report (Doc. 32) is adopted.

2. Petitioner's petition for writ of habeas corpus is GRANTED.

3. The Commonwealth of Pennsylvania shall reinstate Petitioner's direct appeal nunc pro tunc within ninety (90) days of the date of this order.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge



FILED
MAR 16 2012
PER ___
HARRISBURG